# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0220. JAMES WYMER v. THE STATE.**

James Wymer seeks discretionary view of the trial court's orders denying his pre-trial request to represent himself at trial and appointing him counsel. We, however, lack jurisdiction.

Wymer's criminal case remains pending below. See *Keller v. State*, 275 Ga. 680, 680-681 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction and sentence). Therefore, the orders Wymer wishes to appeal are interlocutory in nature. See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 589 (1) (408 SE2d 103) (1991). A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court and filing within ten days of the order. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). OCGA § 5-6-35, which governs the discretionary appeal procedure, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey*, supra. Wymer's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this application, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* 01/09/2020
　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*